IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| LYNAL "LEONARD" MEDEIROS </br></br> Plaintiff, </br></br> v. </br></br> CLIENT SERVICES, INC. a Missouri corporation, </br></br> Defendant. | Case No.: 09-CV-6170 </br></br> Judge: Hon. John W. Darrah |

## CLIENT SERVICES, INC.'S 12(C) MOTION FOR JUDGMENT ON THE PLEADINGS

Defendant, CLIENT SERVICES, INC. ("Client Services"), by and through its attorneys, David M. Schultz and Daniel R. Degen, and pursuant to Rule 12(c) of the Federal Rules of Civil Procedure, moves for judgment on the pleadings, enter judgment in its favor as to all relief sought in plaintiff's complaint against Client Services, with prejudice and in support thereof state as follows:

1. On October 2, 2009, plaintiff filed his Complaint alleging violations of the Fair Debt Collection Practices Act, 15 U.S.C. §1692, *et seq.* against Client Services.

2. Plaintiff's claims against Client Services fail for the reasons discussed in the Memorandum of Law filed contemporaneously with this Motion.

WHEREFORE, Defendant, Client Services, Inc., respectfully requests that this Court enter an order dismissing plaintiff's Complaint against it with prejudice and for any other relief that this Court deems appropriate and just.

CLIENT SERVICES, INC.

David M. Schultz, ARDC Number 6197596  By: s/ *Daniel R. Degen*
Daniel R. Degen, ARDC Number 6296199  Daniel R. Degen
Hinshaw & Culbertson LLP
222 N. LaSalle Street, Suite 300
Chicago, Illinois 60601
312-704-3000
dschultz@hinshawlaw.com
ddegen@hinshawlaw.com

## CERTIFICATE OF SERVICE

    I hereby certify that on **April 26, 2009**, I electronically filed the above and foregoing **CLIENT SERVICES, INC.'S 12(C) MOTION FOR JUDGMENT ON THE PLEADINGS** with the Clerk of the U.S. District Court, using the CM/ECF system reflecting service of to be served on all parties of record.

                                                        HINSHAW & CULBERTSON LLP

| | |
|---|---|
| David M. Schultz, ARDC Number 6197596 | s/ *Daniel R. Degen* |
| Daniel R. Degen, ARDC Number 6296199 | Daniel R. Degen |
| Hinshaw & Culbertson LLP | |
| 222 N. LaSalle Street, Suite 300 | |
| Chicago, Illinois 60601 | |
| 312-704-3000 | |
| dschultz@hinshawlaw.com | |
| ddegen@hinshawlaw.com | |

6559610v1 905789 33